**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**


CECIL MATHEWS,

      Plaintiff,

v.                                  CASE NO.  4:16cv375-RH/CAS

JULIE JONES and
SHANNON MILLIKEN,

      Defendants.

_____/


## ORDER DENYING THE MOTION TO CERTIFY A CLASS


This case is before the court on the magistrate judge's report and

recommendation ECF No. 23. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's

opinion. The motion to certify a class, ECF No. 22, is denied. The case is

remanded to the magistrate judge for further proceedings.

SO ORDERED on August 17, 2017.

                                  s/Robert L. Hinkle
                                  United States District Judge